UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DAWN SARRACH,**

    Plaintiff,

v.                                            **CASE NO.: 8:09-CV-00792**

**THOMPSON AND ASSOCIATES, P.C.,**
a Massachusetts Professional Corporation

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**COMES NOW** Plaintiff, Dawn Sarrach ("Plaintiff"), by and through the undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) and based upon the Settlement Agreement between the parties hereby files this Notice of Voluntary Dismissal With Prejudice against Defendant, Thompson and Associates, P.C., ("Defendant").

Dated: July 6, 2009                                Respectfully submitted,

                                                          /s/  Michael H. Rosen, Esq.
                                                   Michael H. Rosen, Esquire
                                                   Florida Bar No.: 0710393
                                                   SAXON, GILMORE, CARRAWAY
                                                   & GIBBONS, P.A.
                                                   201 E. Kennedy Boulevard, Suite 600
                                                   Tampa, Florida 33602
                                                   Phone: (813) 314-4500
                                                   Fax: (813) 314-4555

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on July 7, 2009, I presented the *Plaintiff's Notice of Voluntary Dismissal with Prejudice* to the Clerk of the United States District Court, Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system and that a true and correct copy has been served via U.S. Mail to Phil Thompson, Esq., Thompson & Associates, P.C., Attorneys At Law, 335 Common Street, 1st Floor, Lawrence, MA 01840.

                                             /s/ Michael H. Rosen
                                            ATTORNEY