# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DAWN SARRACH,**

      **Plaintiff,**

**vs.**                                                   **Case No. 8:09-cv-792-T-27MAP**

**THOMPSON AND ASSOCIATES, P.C.,**

      **Defendant.**

_____/

## ORDER OF DISMISSAL

    **BEFORE THE COURT** is Plaintiff's Notice of Voluntary Dismissal with Prejudice (Dkt.

8).   In accordance with the Notice, it is **ORDERED AND ADJUDGED** that this cause is

**DISMISSED WITH PREJUDICE** and the Clerk is directed to **CLOSE** this case.

    **DONE AND ORDERED** in chambers this _____8th_____ day of July, 2009.

                                **JAMES D. WHITTEMORE**
                                **United States District Judge**

Copies to:
Counsel of Record